# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY ___ D.C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 05 AUG -2 PM 5: 39 |
| Plaintiff, | ) | |
| | ) | THOMAS M. GOULD |
| vs. | ) Cr. No. 02-20191-D | CLERK, U.S. DISTRICT COURT |
| | ) | W/D OF TN MEMPHIS |
| TERRY BOWEN, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER TO CONTINUE SUPERVISED RELEASE VIOLATION HEARING

It is hereby ORDERED that the Motion to Continue the Supervised Release Violation Hearing is hereby GRANTED, and is now reset for August 10, 2005 at 2:00 PM.

**IT IS SO ORDERED** this the 29th day of July, 2005.

UNITED STATES DISTRICT JUDGE

Approved: _____
David N. Pritchard
Special Assistant U.S. Attorney

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 85 in case 2:02-CR-20191 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

John Thomas Tibbetts
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT