UNITED STATES DISTRICT COURT

for

**WESTERN DISTRICT OF TENNESSEE**

**WESTERN DIVISION**

FILED BY ___ D.C.

05 OCT 11 PM 3: 02

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

U.S.A. vs. **TERRY BOWEN**                                    Docket No. **2:02CR20191-001**

**Petition on Probation and Supervised Release**

    **COMES NOW** __FREDDIE MCMASTER II__ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of _Terry Bowen_ who was placed on supervision by the Honorable _Bernice B. Donald_ sitting in the Court at _Memphis, TN_ on the _26th_ day of _June, 2003_ who fixed the period of supervision at _two (2) years*_, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

The defendant shall participate in a program (outpatient and/or inpatient) approved by the probation officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing for the detection of substance use or abuse.

The defendant shall seek and maintain employment.

*Term of Supervised Release began July 18, 2004, and was revoked August 10, 2005, with a sentence of fifteen (15) months imprisonment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**(PLEASE SEE ATTACHED)**

**PRAYING THAT THE COURT WILL ORDER** a Warrant be issued for Mr. Bowen and his bond revoked.

**Bond:** _____

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this _11th_ day of _October_, 200_5_ and ordered filed and made a part of the records in the above case.<br><br>_[signature]_<br>United States District Judge | Executed on _September 26, 2005_<br><br>_Freddie McMaster II_<br>U.S. Probation Officer<br><br>Place:   Memphis, Tennessee |

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _10-11-05_



## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

THE DEFENDANT HAS VIOLATED THE FOLLOWING CONDITIONS OF HIS BOND:

**The defendant shall not commit another federal, state, or local crime.**

On September 20, 2005, Mr. Bowen (arrested September 18, 2005) was charged by the Memphis Police Department with Aggravated Assault. The Affidavit of Complaint indicates that on September 18, 2005, Mr. Bowen blocked with his vehicle another person as he was exiting a vehicle. Mr. Bowen accused the individual as "turning Crip," pointed a gun at him, and stated he was going to kill him for "not being with the Vice Lords." Mr. Bowen then struck the victim in the head with the pistol and fired a shot into the car. The victim identified Mr. Bowen through a photospread as the person who assaulted him. This matter is set for October 5, 2005, in Shelby County General Sessions Court.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 88 in case 2:02-CR-20191 was distributed by fax, mail, or direct printing on October 11, 2005 to the parties listed.

---

John Thomas Tibbetts
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT