UNITED STATES DISTRICT COURT
Western District of Tennessee

FILED BY ___ D.C.

05 NOV -7 PM 3: 53

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS.

Case Number 2:02CR20191-01-D

TERRY BOWEN
    Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
(For Offenses Committed On or After November 1, 1987)

The defendant, Terry Bowen, was represented by Randolph W. Alden, Esq.

It appearing that the defendant, who was convicted on June 26, 2003, in the above styled cause and was placed on Supervised Release for a period of two (2) years and has violated the terms of Supervised Release.

It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **fifteen (15) months**.

Furthermore, no additional supervised release shall be imposed.

The Court recommends that the defendant be designated to a facility as close to Memphis, Tennessee as possible.

The defendant is remanded to the custody of the United States Marshal.

Signed this the 5th day of November, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

Defendant's SS No.: 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
Defendant's Date of Birth: 11/16/1979
U.S. Marshal No.: 18407-076
Defendant's Mailing Address: 1216 Keel, Memphis, TN 38107

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11-14-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 102 in case 2:02-CR-20191 was distributed by fax, mail, or direct printing on November 14, 2005 to the parties listed.

---

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

John Thomas Tibbetts
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT